# United States District Court

**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| VERONICA GONZALEZ and REYNOL GONZALEZ § § § | |
| v.   § | CIVIL ACTION NO. 3:23-CV-1287-S |
| § § | |
| STATE FARM LLOYDS   § | |

### ORDER

In its January 11, 2024, Order [ECF No. 18], the Court ordered that the case as to claim number 43-31K3-92X ("92X Claim") would be tried separately from the claim numbered 43-31K3-97Q ("97Q Claim"). The Court then abated the case as to the 92X Claim pending the outcome of appraisal. Now, the parties have filed the Joint Stipulation to Dismiss [ECF No. 22] as to the 97Q Claim. Pursuant to the Joint Stipulation, the case as to the 97Q Claim is **DISMISSED WITH PREJUDICE**.

Because only the 92X Claim remains, this case is **ABATED** and **ADMINISTRATIVELY CLOSED** until such time as the appraisal process is concluded. This abatement is without prejudice to the case being reopened upon motion by any party to enter a judgment or order of dismissal or for further proceedings.

**SO ORDERED.**

SIGNED May 13, 2024.

*[signature]*
**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**