# United States District Court

**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| VERONICA GONZALEZ and REYNOL GONZALEZ | § § § | |
| v. | § § | CIVIL ACTION NO. 3:23-CV-1287-S |
| STATE FARM LLOYDS | § § | |

## ORDER

The parties have filed a Joint Stipulation to Dismiss [ECF No. 24]. The Clerk is directed to **REOPEN** this case to enable the dismissal of this case with prejudice pursuant to the parties' Stipulation.

In light of the Stipulation, all claims that Plaintiffs assert, or could have asserted, against Defendant in this lawsuit are hereby **DISMISSED WITH PREJUDICE**. Each party will bear their own attorney's fees and costs. All relief not expressly granted is **DENIED**.

**SO ORDERED.**

SIGNED November 15, 2024.

_____
**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**